AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
MAY 11 2021
**Nathan Ochsner, Clerk**

| United States of America | ) |
|---|---|
| v. | ) |
| Andres MORALES (USC, YOB: 1979) | ) Case No. 7:21mj1012-1 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 19, 2017 and July 13, 2017  in the county of  Hidalgo  in the Southern District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(a)(6) | Materially False Statements in Connection with the Acquisition or Purchase of a Firearm from a Federally Licensed Firearms Dealer |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brenda Leal, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/11/2021 @ 9:12AM

_____
*Judge's signature*

City and state:  McAllen, Texas   J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

In connection with an investigation, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Special Agents obtained and reviewed multiple ATF Form 4473s executed by Andres MORALES ("MORALES") in connection with his acquisition and purchase of a CMMG U-140, AR-1, 7.62x39mm caliber rifle and a Remington W-36, Model 700, .338 Winchester caliber rifle from Glick Twins, a federally licensed firearms dealer, in Pharr Texas. The firearms were purchased on January 19, 2017 and July 13, 2017, respectively.

On each occasion in connection with the purchase of said firearms, MORALES answered and indicated "no" when asked "Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

On September 1, 2006, MORALES was convicted of possession of marijuana, in an amount of 2,000 pounds or less but more than 50 pounds in cause number CR-0922-06-D in the 206th Judicial District Court of Hidalgo County, Texas. As a result of the conviction, MORALES was sentenced to five years imprisonment, which was probated for a period of five years.

ATF Form 4473s are required to executed by a purchaser of a firearm from a federally licensed firearms dealer. MORALES's false statement on the ATF Form 4473s regarding his status as a convicted felon was a fact that was material to the lawfulness of the sale of firearms by Glick Twins.

On May 11, 2021, MORALES informed ATF Agents that he was working on his pardon but never got it.